Case 4:08-cr-00318-SWW   Document 77   Filed 05/10/13   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:08CR00318 SWW** |
| | ) | |
| **TADRIAN JONES-CASEY** | ) | |

## ORDER

The defendant's motion to withdraw his request for bond hearing (docket entry no. 76) is granted.

IT IS SO ORDERED this __10__ day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE